Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
## VA 2-389-519
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 18, 2024

---

## Title
    **Title of Work:** Happy Piglet

## Completion/Publication
    **Year of Completion:** 2018
    **Date of 1st Publication:** August 13, 2018
    **Nation of 1st Publication:** Russia

## Author
-     **Author:** Georgii Nikolayevich Diachenko
    **Pseudonym:** George Dyachenko, GeorgeWatercolorArt, GeorgeArt23
    **Author Created:** 2-D artwork
    **Citizen of:** Russia
    **Pseudonymous:** Yes

## Copyright Claimant
    **Copyright Claimant:** Georgii Nikolayevich Diachenko
    8 Marta str. 12/3, apt. 99, Ufa, 450005, Russia

## Rights and Permissions
    **Name:** Georgii Nikolayevich Diachenko
    **Email:** onegog1993@gmail.com
    **Address:** 8 Marta str. 12/3
    apt. 99
    Ufa 450005 Russia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-389-511
**Effective Date of Registration:**
December 22, 2023
**Registration Decision Date:**
April 18, 2024

## Title
    **Title of Work:** Boxer and donuts

## Completion/Publication
    **Year of Completion:** 2015
    **Date of 1st Publication:** August 07, 2015
    **Nation of 1st Publication:** Russia

## Author
-     **Author:** Georgii Nikolayevich Diachenko
    **Pseudonym:** George Dyachenko, GeorgeWatercolorArt, GeorgeArt23
    **Author Created:** 2-D artwork
    **Citizen of:** Russia
    **Pseudonymous:** Yes

## Copyright Claimant
    **Copyright Claimant:** Georgii Nikolayevich Diachenko
    8 Marta str. 12/3, apt. 99, Ufa, 450005, Russia

## Rights and Permissions
    **Name:** Georgii Nikolayevich Diachenko
    **Email:** onegog1993@gmail.com
    **Address:** 8 Marta str. 12/3
    apt. 99
    Ufa 450005 Russia

## Certification

